UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **PEPPER PATCH, INC.,** | ) |
| Plaintiff, | ) |
| | ) No. 3:05-0328 |
| v. | ) JUDGE ECHOLS |
| | ) |
| **BELL BUCKLE COUNTRY STORE, INC.,** | ) |
| Defendant. | ) |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment Dismissing Counterclaim (Docket Entry No. 19), is hereby GRANTED.

All three counts of Defendant's Counterclaim are hereby DISMISSED WITH PREJUDICE.

This case is hereby returned to the Magistrate Judge to immediately schedule a case management conference for the purpose of setting a trial date, a final pretrial conference date, and any further deadlines for pretrial discovery (<u>see</u> Docket Entry No. 35), as well as to monitor and manage the progress of discovery to ensure the case proceeds in accordance with the said deadlines. The Magistrate Judge is directed to coordinate the setting of a trial date with Judge Echols' Courtroom Deputy.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE